UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 29 AM 10: 30

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: '07 MJ 2530 |
| v. | Title 8, U.S.C., Section 1326 |
| **Ernesto Antonio ARELLANES-Santiago,** | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **October 21, 2007** within the Southern District of California, defendant, **Ernesto Antonio ARELLANES-Santiago,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF **OCTOBER 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

Received at: 10:36AM, 10/22/2007

OCT. 22. 2007 10:48AM   B P PROSECUTIONS                    NO. 4662   P. 3

**CONTINUATION OF COMPLAINT:**
**Ernesto Antonio ARELLANES-Santiago**

### PROBABLE CAUSE STATEMENT

On October 21, 2007, Senior Patrol Agent A. Markle, was assigned to Line watch duties in the area of Dulzura, California. At approximately 5:30 AM, Agent Markle responded to a seismic intrusion device in the area of State Route 94 and Taku Road. This area is located approximately two miles west of the Tecate, California Port of Entry and approximately four miles north of the International Border between the United States and Mexico.

Agent Markle positioned himself on a trail only used by illegal entrant aliens. After waiting for approximately 25 minutes, six individuals approached his location. Agent Markle identified himself as a Border Patrol Agent, and three individuals immediately attempted to flee into the dense brush. Agent Markle detained the three that complied with his commands, and questioned them concerning their citizenship. These three individuals stated that they were citizens and nationals of Mexico illegally present in the United States. Agent Markle waited for another Border Patrol Agent to arrive, and looked for the three individuals that had attempted to run away. Agent Markle found two individuals, one of whom was later identified as the defendant **Ernesto Antonio ARELLANES-Santiago**, approximately twenty feet from his location. Agent Markle again identified himself as a Border Patrol Agent and questioned them concerning their citizenship. Both of these individuals, including the defendant, stated that they were citizens and nationals of Mexico illegally present in the United States. The assisting Agent found the sixth individual, who was also found to be a citizen and national of Mexico illegally present in the United States. All six subjects were taken into custody and transported to the State Route 94 Checkpoint for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **May 12, 2005**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on October 22, 2007 at 9:45 A.M.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 21, 2007**, in violation of Title 8, United States Code, Section **1326**.

Barbara L. Major
United States Magistrate Judge

10/22/07 at 11:10am
Date/Time