AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA

v.

ERNESTO ANTONIO ARELLANES-SANTIAGO

**APPEARANCE**

Case Number: 07MJ2530

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ERNESTO ANTONIO ARELLANES-SANTIAGO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/30/2007 | /s/ ROBERT R. HENSSLER |
| Date | Signature |
| | ROBERT HENSSLER / Federal Defenders o   216165 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007                     /s/ Robert R. Henssler
                                            ROBERT R. HENSSLER, JR.
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
                                            (619) 687-2666 (fax)
                                            e-mail: Robert_Henssler@fd.org